IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GLYNN T. MURPHY,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5788

Opinion filed October 11, 2017.

An appeal from an order of the Circuit Court for Leon County.
James O. Shelfer, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for
Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

 Appellant challenges his convictions and sentences for burglary of a

dwelling and grand theft. On the State's proper concession of error, we reverse

solely as to the imposition of a discretionary fine and surcharge. The trial court

imposed "$1,522.50 court costs and fines." This lump sum included the felony fine

pursuant to section 775.083, Florida Statutes, and the five percent surcharge

pursuant to section 938.04. This fine and surcharge must be individually and specifically pronounced at sentencing. *Nix v. State*, 84 So. 3d 424, 426 (Fla. 1st DCA 2012). We vacate the fine and surcharge. On remand, the court may re-impose the fine and surcharge after giving Appellant notice and following the proper procedure.

We affirm in all other respects, and reject, as we have before, the argument that a prison releasee reoffender sentence is unconstitutional if a jury did not make the finding that the defendant was released within the previous three years. *See Williams v. State*, 143 So. 3d 423, 424 (Fla. 1st DCA 2014).

AFFIRMED in part and REVERSED in part.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.